UNITED STATES BANKRUPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Julio Rosado,  | Chapter 13
            Debtor(s)  | BK No. 18-17568-mdc

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for Julio Rosado, Debtor in the above-captioned matter.

2. That a motion to modify the plan was filed with the Court on May 4, 2022.

3. That a copy of the Motion, along with the proposed modified plan and Notice of Motion were served on parties in interest on May 4, 2022.

4. That a certificate of service was filed with the court on May 4, 2022 declaring timely service to the above-referenced parties.

5. A response to the Motion was due on or before May 25, 2022.

6. No response to said Motion has been received as of June 1, 2022.

ROSS, QUINN & PLOPPERT, P.C.

BY:  */s/ Joseph Quinn*
     Joseph Quinn, Esquire
     Attorney I.D. No. 307467
     192 S. Hanover Street, Suite 101
     Pottstown, PA  19464
     T: (610) 323 - 5300
     F: (610) 323 - 6081
Date: June 1, 2022     JQuinn@rqplaw.com