UNITED STATES BANKRUPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Julio Rosado,                             |         Chapter 13
        Debtor(s)                |         BK No. 18-17568-mdc

## PRAECIPE TO WITHDRAW CERTIFICATE OF NO RESPONSE
## [DOCUMENT NO. 94]

TO THE CLERK OF COURT:

Kindly withdraw the Certificate of No Response filed by Debtor's Counsel on June 1, 2022 [Document No. 94].

**ROSS, QUINN & PLOPPERT, P.C.**

By:  */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
T: 610.323.5300
F: 610.323.6081
JQuinn@rqplaw.com

Date: June 1, 2022